IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARRY KITCHENS,<br><br>    Plaintiff<br><br>  VS.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | NO. 5: 06-CV-240 (DF)<br><br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER GRANTING LEAVE
## TO PROCEED *IN FORMA PAUPERIS*

Upon consideration of the request of the above-named plaintiff to proceed herein *in forma pauperis* and of the affidavit submitted in support thereof,

IT IS ORDERED that plaintiff is authorized and granted leave to proceed *in forma pauperis* in said proceeding and that said complaint be filed by the clerk.  Service shall be made as provided by law, and the Clerk of Court is directed to serve the defendant with <u>all</u> pleadings, motions and orders heretofore entered, if any.

SO ORDERED AND DIRECTED, this 21st day of JULY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE