**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| LARRY KITCHENS, | : |
| Plaintiff | : |
| v. | : CASE NO. 5:06-CV-240 (HL) |
| JOANNE B. BARNHART, S.S. Commissioner, | : |
| Defendant | : |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 15) filed March 4, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed by the plaintiff within the time allowed.

**SO ORDERED,** this the 31st day of March, 2008.

*s/ Hugh Lawson*
HUGH LAWSON, Judge
United States District Court